TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






ON MOTION FOR REHEARING








NO. 03-11-00052-CV






In re Rhett Webster Pease






FROM THE DISTRICT COURT OF LEE COUNTY, 21ST JUDICIAL DISTRICT

NO. 14342, HONORABLE JOHN M. DELANEY, JUDGE PRESIDING





O R D E R



PER CURIAM


 The Court overrules (1) Relator's Request for Emergency Temporary Relief--filed
on February 2, 2011 at 4:06 p.m., after the Court's denial of Relator's Petition for Writ of Mandamus
and Motion for Emergency Relief--and (2) Relator's February 3, 2011 Motion to Reconsider and
Reply to Real Parties in Interests' Response. See Tex. R. App. P. 52.5, 52.9.

 It is ordered February 3, 2011.



Before Justices Puryear, Pemberton and Rose